IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CARLOS CORONADO GONZALEZ, et al, | * |
| Petitioners, | * |
| v. | Case No. 7:25-cv-132 (CDL-AGH) |
| | *           7:25-cv-149 (CDL-AGH) |
| WARDEN, IRWIN DETENTION CENTER, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 14, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioners.

This 17th day of November, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk